

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2021

No. 04-21-00111-CV

Lisa **FLORES,**
Appellant

v.

Mario **DE LA OSSA** and Navy Federal Credit Union,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24502
Honorable David A. Canales, Judge Presiding

## O R D E R

On May 21, 2021, we ordered Appellant to show cause in writing that the clerk's record has been paid. Appellant complied, and the clerk's record has been filed. Our May 21, 2021 order is satisfied.

Appellant's brief is due within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court